IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JOHNNY RAY TAYLOR, JR.,    ) | |
| ) | |
|    Plaintiff,    ) | |
| ) | CIVIL ACTION NO. |
|    v.    ) | 2:19cv700-MHT |
| ) | (WO) |
| WEXFORD, INCORPORATED,    ) | |
| et al.,    ) | |
| ) | |
|    Defendants.    ) | |

OPINION AND ORDER

The plaintiff, a state prisoner, filed a motion for preliminary injunction seeking medical care and a transfer to another prison to avoid retaliation from the defendants in this lawsuit. This case is before the court on the recommendation of the United States Magistrate Judge that the plaintiff's motion for preliminary injunction, as renewed, be denied. Also before the court are plaintiff's objections to the recommendation. Upon an independent and de novo review of the record, the court concludes that the objections

should be overruled, the recommendation adopted, and the motion for preliminary injunction denied.

Accordingly, it is ORDERED as follows:

(1) The objections (doc. no. 50) are overruled.

(2) The recommendation of the United States Magistrate Judge (doc. no. 46) is adopted.

(3) The motion for preliminary injunction (doc. no. 19, 40) is denied.

It is further ORDERED that this case is referred back to the magistrate judge for further proceedings.

DONE, this the 21st day of August, 2020.

                                            /s/ Myron H. Thompson  
                                       UNITED STATES DISTRICT JUDGE