IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

JOHNNY RAY TAYLOR, JR.,        )
                               )
        Plaintiff,             )
                               )      CIVIL ACTION NO.
        v.                     )      2:19cv700-MHT
                               )          (WO)
WEXFORD HEALTH SOURCES,        )
et al.,                        )
                               )
        Defendants.            )

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 72) is adopted with the exceptions stated in the opinion.

(2) The defendants' motions for summary judgment (Doc. 13, Doc. 16, & Doc. 31) are granted as to the plaintiff's claims under 42 U.S.C. § 1983, and are otherwise denied.

(3) The court declines to exercise supplemental

jurisdiction over the plaintiff's state-law claims pursuant to 28 U.S.C. § 1367(c)(3), and said claims are dismissed without prejudice.

(3) Judgment is entered in favor of the defendants and against the plaintiff, with the plaintiff taking nothing by his complaint as to his § 1983 claims.

It is further ORDERED that costs are taxed against plaintiff as to the § 1983 claims only, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 21st day of July, 2022.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE

2